United States District Court
In the District of Minnesota

RECEIVED BY MAIL
AUG 1 4 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Marcus Dwayne Thompson )
Plaintiff, )
)
v. )
)
United states of America, )
Respondent. )

Case No.: **0:26-CV-00661-NEB-EMB**

# Petitioner's Second Motion for Enlargement of Time To Reply to Government's Response

Marcus D. Thompson, the Pro se Petitioner, respectfully requests that this Court allow him seven extra days to file his Response to the Government's objection to his Petition for habeas relief. To establish good cause, Mr. Thompson states:

1. After extension, the government filed their Response (Dkt. No. 10) and Petitioner requested and his first extension to Reply (Dkt. No. 12). After a series of discovery motions and filings, this court Granted (Dkt. No. 30), giving Mr. Thompson until this Wednesday August 12th to file his reply. /Id. at 3.

2. Mr. Thompson and those assisting him, have been diligently working within the confines of the prison setting (See Dkt. No. 12 at 1-2, discussing low availability law library tools, and the out of date nature of the case law).

3. Recently education staff have been rotating out for out of state training, which has impacted the law library's availability, and back logged research projects.

SCANNED
AUG 1 4 2026
U.S. DISTRICT COURT MPLS

4. Thompson received the Government's date and time certification, on July 23rd, stating the picture of him returning to his unit after his AM work out was taken at 09:29:39.198 on December 28th, 2024. Dkt. No. 31. This was the last piece of evidence Mr. Thompson was waiting on.

5. The short time of this request will allow Mr. Thompson to finish his research, and prepare his Reply. He expects (sans unforeseen circumstances) having his Reply in the Legal Mail system on or before August 19, 2026.

6. Neither the Government, nor the Court, will be harmed or inconvenienced by the requested extension.

For the good cause established above, Mr. Thompson respectfully requests this Court grant him seven extra days to file his Reply to the Government's objection to his Petition under 28 U.S.C. §2241.

RESPECTFULLY SUBMITTED, this 10th day of August, 2026.

Marcus D. Thompson
Petitioner pro se